UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>**Alejandro SANCHEZ**<br>Aka(s): Jose Alfredo JIMENEZ-Manzanares,<br>Fernando RODRIGUEZ-Masas<br><br>Defendant. | Magistrate Case No. **'08 MJ 0868**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326 -<br><br>Deported Alien Found in the<br>United States |

FILED
08 MAR 20 AM 9: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about, **October 14, 2007,** within the Southern District of California, Defendant **Alejandro Sanchez**, aka(s) Jose Alfredo JIMENEZ-Manzanares, Fernando RODRIGUEZ-Masas, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **MARCH 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On October 14, 2007, Defendant **Alejandro Sanchez, aka(s) Jose Alfredo JIMENEZ-Manzanares, Fernando RODRIGUEZ-Masas,** was arrested by Officer Russell of the San Diego Police Department and identified as "**Alex Sanchez**" for a violation of section 245(A)(1) of the California Penal Code "Assault With a Deadly Weapon, Not a Firearm," and was booked into county jail. An Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed an Immigration Detainer pending his release from county jail.

On Wednesday, March 19, 2008, the defendant was referred to United States Immigration and Customs Enforcement (ICE) custody. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico, who has been deported or removed from the United States.

A thorough of official computer record checks and information contained in the alien registration file reveal the Defendant has been ordered removed from the United States by an Immigration Judge on or about May 16, 2006 and removed via the San Ysidro, CA, Port of Entry on May 16, 2006. Record checks further indicate that the Defendant has not applied to the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared with the defendant's fingerprints. The results confirmed the defendant's identity as **Alejandro SANCHEZ, aka(s) Fernando RODRIGUEZ-Masas, Jose Alfredo JIMENEZ-Manzanares,** a citizen and national of Mexico.

All information indicates that Defendant is a citizen and national of Mexico having been previously deported from the United States, and has illegally re-entered the United States after Deportation, in violation of Title 8, United States Code 1326, Deported Alien Found In The United States.